LILYAN McPHERSON, Appellant, *v.* GRANT ADVERTISING, INC., et al., Respondents.

Submitted November 16, 1953; decided November 20, 1953.

*J. Stanley Cohen* for motion.

*Leo M. Brimmer* opposed.

Motion for leave to prosecute appeal as a poor person and for assignment of counsel granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH FEOLO, ALBERT MASTRONE and NORMAN J. BRABSON, Appellants.

Submitted November 16, 1953; decided November 20, 1953.

Motion for reargument by appellant Norman J. Brabson denied. All concur, except FULD, J., taking no part. [See 284 N. Y. 381.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY COGER, Appellant.

Submitted October 13, 1953; decided November 20, 1953.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 305 N. Y. 906.]